■ The People of the State of New York, Respondent, v Shirley Mason, Appellant. [987 NYS2d 892]—Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Suffolk County (Braslow, J.), imposed April 11, 2011, upon her plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of her right to appeal precludes review of her contention that the sentence imposed was excessive (*see People v Lopez,* 6 NY3d 248, 255-256 [2006]). Eng, P.J., Balkin, Dickerson, Chambers and Hinds-Radix, JJ., concur.

■ The People of the State of New York, Respondent, v Curtis Mays, Appellant. [987 NYS2d 911]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 9, 2008 (*People v Mays,* 54 AD3d 778 [2008]), affirming a judgment of the County Court, Nassau County, rendered August 25, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Rivera, J.P., Skelos, Dillon and Dickerson, JJ., concur.